## PHILLIPS v. WINSTON-SALEM/FORSYTH COUNTY BD. OF EDUC.

No. 58P95

Case below: 117 N.C.App. 274

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## PINNER v. EAST CAROLINA BANK

No. 83P95

Case below: 117 N.C.App. 463

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 6 April 1995.

## ROUNTREE v. N.C. MOBILE HOME CORP.

No. 45P95

Case below: 117 N.C.App. 464

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## STATE v. ANTOINE

No. 32P95

Case below: 117 N.C.App. 549

339 N.C. 616

Petition by Attorney General for writ of supersedeas denied and temporary stay dissolved 6 April 1995. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 6 April 1995.

## STATE v. BROWN

No. 597A94

Case below: 117 N.C.App. 239

Petition by Attorney General for writ of certiorari to review the decision of the Court of Appeals denied 6 April 1995.